NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECCA LYNETTE ALVAREZ, <br><br> Plaintiff, <br><br> v. <br><br> LOANCARE, LLC; LAKEVIEW LOAN SERVICING, LLC and DOES 1-10 inclusive, <br> Defendants. | Case No. 8:25-cv-02743-FWS-ADS <br><br> **ORDER RE NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE [22]** |

///

///

///

1

Having reviewed and considered the Notice of Voluntary Dismissal of Entire Action without Prejudice [22] ("Notice"), filed by Plaintiff Rebecca Lynette Alvarez, the files and records of the case, the applicable law, and for the good cause demonstrated by the Notice, the court **APPROVES** the Notice and **ORDERS** the following:

The above-captioned case is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its/her own attorneys' fees and costs

**IT IS SO ORDERED.**

Dated: January 26, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2